NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HERBERT CARL HEINTZ,**
*Appellant,*

v.

**COMMISSIONER OF INTERNAL REVENUE,**
*Appellee.*

---

2012-1465

---

Appeal from the United States Tax Court in case no. 2768-11L, Judge Diane L. Kroupa.

---

Before PROST, MAYER, and REYNA, *Circuit Judges.*

PROST, *Circuit Judge.*

## ORDER

The appellee moves to transfer this appeal.

Herbert Carl Heintz petitions for review from an order of the United States Tax Court. This court is a court of limited jurisdiction, which does not include petitions for review from the Tax Court. 28 U.S.C. § 1295; *see also* 26 U.S.C. § 7482(a). Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed. Transfer is appropriate here.

Accordingly,

IT IS ORDERED THAT:

The motion is granted and the appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Ninth Circuit. All other pending motions are denied as moot.

FOR THE COURT

__AUG 1 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert H. Stevenson, Esq.
     Sara Ann Ketchum, Esq.

s26

Issued As A Mandate: __AUG 1 4 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2012

JAN HORBALY
CLERK